UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:                                     )
                                           )
                                           )
                                           )   CASE NO. 19-50323
Justin Keith Mayhorn                       )
                                           )
                                           )
       Debtor(s)                           )   Chapter 13
                                           )

## AFFIDAVIT OF SERVICE

The undersigned certifies that service of the Amended Proposed Chapter 13 Plan was made on July 15, 2019, by:

(X) Mail Service: Regular, First Class United States Mail, postage fully pre-paid, addressed to:

FreendomRoad Financial
c/o Wayfinder BK LLC
PO Box 64090
Tucson, AZ  85728-4090

(X) Certified Mail Service on an Insured Depository Institution: By sending Amended Proposed Plan by certified mail addressed to the following officer of the institution at the address set out below. Process was in fact received by Creditor as evidenced by the attached return receipt.

Freedom Road Financial
Attn Officer
1515 West 22nd St
Suite 100W
Pak Brook, IL  60523

Under penalty of perjury, I declare that the foregoing is true and correct.

This the 22nd day of July, 2019.

                                       B. Peter Jarvis
                                       S/ B. Peter Jarvis
                                       Attorney for Debtors
                                       Tennant & Jarvis, P.C.
                                       Post Office Box 4585
                                       Archdale, North Carolina 27263
                                       Telephone: (336) 431-9155

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Road Financial
Attn: Officer
1515 West 22nd St
Suite 100W
Oak Brook, IL 60523

9590 9403 0556 5173 9738 79

2. Article Number (Transfer from service label)
7009 0960 0001 2150 3360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
7/10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ed Mail
☐ ...ed Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt