


**SO ORDERED.**

**SIGNED this 14th day of August, 2019.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| JUSTIN KEITH MAYHORN   SS xxx-xx-1235 | ) | | |
| | ) | Case No: B-19-50323 | C-13W |
| | ) | | |
| | ) | | |
| Debtor. | ) | | |
| | ) | | |

**ORDER CONFIRMING CHAPTER 13 PLAN**

      This case came before the Court for a confirmation hearing on August 7, 2019 regarding the Debtor's Amended Plan filed on June 20, 2019, Docket No. 19, ("Plan"). All necessary parties having received proper notice, Kathryn L. Bringle, Chapter 13 Trustee, appeared.

      The Court finds that the Plan complies with the requirements of 11 U.S.C. §1325 and should be confirmed; therefore, it is

      ORDERED that the Plan is confirmed.

(END OF DOCUMENT)

```
               PARTIES TO BE SERVED
                  PAGE 1 OF 1
                19-50323 C-13W
```

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER
SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**